UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYUNG BIN CHUNG, <br><br>                    Plaintiff, <br><br>          v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br>                    Defendants. | Case No. 2:25-cv-00202-JHC <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER <br><br> Noted for Consideration: <br> June 2, 2025 |

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings until July 3, 2025. Plaintiff brings this litigation pursuant to the Mandamus Act seeking to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her Form I-485, Application to Register Permanent Residence or Adjust Status. This case is currently stayed through June 3, 2025.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS received Plaintiff's response to the Notice of Intent to Deny ("NOID") the application on April 23, 2025. USCIS is finalizing its review of the application and is preparing to issue its decision shortly. As additional time is necessary for this to occur, the parties respectfully request that the instant action continue to be stayed until July 3, 2025. The parties will submit a joint status report on or before July 3, 2025.

DATED this 2nd day of June, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3800
Fax:    (253) 428-3800
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

*I certify that this memorandum contains 241 words, in compliance with the Local Civil Rules.*

*s/ Myung Bin Chung*
MYUNG BIN CHUNG
22920 80th Park West
Edmonds, Washington 98026
Phone: 360-213-4916
Email: myungbin@gmail.com
*Pro Se Plaintiff*

**ORDER**

The case is held in abeyance until July 3, 2025.  The parties shall submit a joint status report on or before July 3, 2025.  It is so **ORDERED**.

DATED this 2nd day of June, 2025.

                                            JOHN H. CHUN
                                            United States District Judge