UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYUNG BIN CHUNG, <br><br>             Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br>             Defendants. | Case No. 2:25-cv-00202-JHC <br><br> STIPULATED MOTION TO DISMISS AND ORDER <br><br> Noted for Consideration: <br> June 30, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs.  Plaintiff brought this litigation pursuant to the Mandamus Act seeking to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her Form I-485, Application to Register Permanent Residence or Adjust Status.  The parties agree that this case is now moot.

//

//

//

STIPULATED MOTION & ORDER
[Case No. 2:25-cv-00202-JHC] - 1

DATED this 30th day of June, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3824
Fax:    (253) 428-3826
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*

*I certify that this memorandum contains 72 words, in compliance with the Local Civil Rules.*

*s/ Myung Bin Chung*
MYUNG BIN CHUNG
22920 80th Park West
Edmonds, Washington 98026
Phone: 360-213-4916
Email: myungbin@gmail.com
*Pro Se Plaintiff*

STIPULATED MOTION & ORDER
[Case No. 2:25-cv-00202-JHC] - 2

**ORDER**

The case is dismissed without prejudice. It is so **ORDERED**.

DATED this 30th day of June, 2025.

                                                         JOHN H. CHUN
                                                         United States District Judge